JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

October 21, 2026

**MEMO ENDORSED**

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square New York, New York 10007

Dear Judge Failla:

We represent Defendant Naftali Group LLC ("Naftali Group") in the action commenced by Plaintiff Zhou. We write respectfully to request a brief extension of time for Defendant to file its opposition to Plaintiff's motion to remand following the filing of her First Amended Complaint [ECF No. 14].

We are is in receipt of Plaintiff's most recent filings, including her First Amended Complaint and supporting memorandum of law dated October 14, 2026, which, due to technical issues, we did not receive until yesterday, October 20, 2026.

Given these technical issues, Naftali Group respectfully requests that the Court allow Defendant one week to prepare its opposition papers, up to and including October 27, 2026.

This is Naftali Group's first request for an extension of this deadline. Plaintiff, who is proceeding pro se, has been copied on our correspondence with Chambers but has not indicated whether she consents to our request to date. The requested extension will not affect any other scheduled dates.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**JACKSON LEWIS P.C.**

_/s/ *Greg Riolo*________________________
Greg Riolo
Greg.riolo@jacksonlewis.com
Monika Zarski
Monika.zarski@jacksonlewis.com
44 South Broadway, 14th Floor
White Plains, NY 10601

Application GRANTED. Defendant's deadline to file its opposition papers to Plaintiff's motion for remand (Dkt. #15) is hereby ADJOURNED to on or before **October 27, 2026**.

The Clerk of Court is directed to terminate the motion at docket entry 19.

Dated: October 22, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE